# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**DONALD BROGDON,**

    Petitioner,

v.

**BRIAN OWENS,**

    Respondent.

**7:14-CV-45 (HL)**

28 U.S.C. § 2254

## ORDER

Before the Court is the Recommendation of the United States Magistrate Judge (Doc. 20) that Petitioner's habeas petition under 28 U.S.C. § 2254 be dismissed. Petitioner Donald Brogdon ("Petitioner") has filed an Objection (Doc. 21) to the Recommendation. After undertaking a *de novo* review of the Recommendation, the Court accepts and adopts it in full.

As the Recommendation sets forth, Petitioner filed his federal habeas petition several years after the one-year statute of limitations for doing so had run. The Court will not recite the lengthy history of Petitioner's convictions, sentencing, and multiple habeas petitions in state court, which has been detailed in the Recommendation, but, suffice to say, the time in which Petitioner could file a federal habeas petition began running on June 9, 2003. Since he did not file his federal petition until March 2014, it is clearly too late to be heard by this Court.

Nor is there a basis for equitably tolling the statute of limitations because Petitioner has not been diligently pursuing his rights and there is no evidence that some extraordinary circumstance prevented him from timely filing a habeas petition. See Hutchinson v. Florida, 677 F.3d 1097, 1100 (11th Cir. 2012).

After careful consideration pursuant to 28 U.S.C. § 636(b)(1), the Court accepts and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge. Petitioner's § 2254 petition is dismissed.

The Court finds that Petitioner has failed to make a substantial showing that he has been denied a constitutional right, and a certificate of appealability is therefore denied. 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

**SO ORDERED,** this 10th day of September, 2014.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

scr